IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BYRON BERNARD YOUNG                                                                    PLAINTIFF

      v.                         Civil No.   11-5188

DR. JOHN HUSKINS; SHERIFF
KEITH FERGUSON; CAPTAIN
ROBERT HOLLY; and JANE
DOE, Jail Nurse                                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis.*

      On February 24, 2014, Defendants filed a summary judgment motion (Docs. 50-52).  To assist Plaintiff in responding to the summary judgment motion, a questionnaire was prepared.  By order (Doc. 53) entered on May 14, 2014, Plaintiff was directed to complete, sign, and return the questionnaire.  His response was due on June 16, 2014.  To date, Plaintiff has not responded to the questionnaire.

      On July 14, 2014, a show cause order (Doc. 56) was entered.  Plaintiff was given until July 30, 2014, to show cause why the case should not be dismissed based on his failure to obey an order of the Court and his failure to prosecute.  No response has been filed.  The order was not returned as undeliverable.  Plaintiff has not sought an extension of time to respond to the order.  Plaintiff has not communicated with the Court in anyway.

      I therefore recommend that this action be dismissed for failure to obey the orders of the Court and failure to prosecute this case.  Fed. R. Civ. P. 41(b).

AO72A
(Rev. 8/82)

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of August 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)